Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NOÉ VALENZUELA-ESPINOZA, <br><br> Defendant. | NO. 2:22-cr-00047-002-JHC <br><br> **ORDER TO SEAL** |

Having read the Defendant's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the *Addendum to the Defense Sentencing Memorandum and EXHIBITS A, B, and C* thereto shall remain sealed.

DATED this  31st  day of May 2023.

Honorable John H. Chun
United States District Judge

Presented by:

*s/ Zachary W. Jarvis*
Zachary W. Jarvis
Attorney for Defendant Valenzuela-Espinoza

*Order to Seal*
*United States v. Valenzuela-Espinoza,* 2:22-cr-00047-002-JHC

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474